O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE L. JAMES,<br><br>            Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | CASE NO. ED CV 13-01291 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:   May 27, 2014

*[signature]*

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE